IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUY M. PFLEGER and LOUANN PFLEGER, | )<br>)<br>) |
| Plaintiffs, | ) 3:13-cv-01114<br>)<br>) JUDGE SHARP |
| and | )<br>) MAGISTRICT JUDGE KNOWLES |
| ALABAMA TRUCKING ASSOCIATIONS WORKERS' COMPENSATION SELF INSURANCE FUND, | )<br>) JURY DEMAND<br>)<br>) |
| Intervening Plaintiff, | )<br>) |
| v. | )<br>) |
| ALLEN BICKHAM and CARDINAL LOGISTICS MANAGEMENT CORPORATION, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PROPOSED ORDER GRANTING MOTION FOR WAIVER
TO RESPOND TO ORIGINAL COMPLAINT**

This matter came before this Court on the motion of defendants Cardinal Logistics Management Corporation ("Cardinal Logistics") and Alicia Bickham ("Bickham"), incorrectly identified in the Complaint (collectively "Defendants"), requesting a waiver to respond to the original Complaint in light of a mistake in the naming of the individual defendant. Based on the motion, and the arguments contained therein, the Court finds that the Motion is well taken and should be granted. It is hereby,

**ORDERED, ADJUDGED, and DECREED** that defendants Cardinal Logistics Management Corporation ("Cardinal Logistics") and Alicia Bickham ("Bickham"), incorrectly identified in the Complaint (collectively "Defendants") Motion for Waiver to Respond to

Original Complaint shall be granted in light of the mistake in naming the individual defendant. Defendants shall respond to an amended complaint in compliance with the Rules of Civil Procedure.

    BE IT SO ENTERED this _____ day of October, 2013.

_____
JUDGE

APPROVED FOR ENTRY:

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ *Mary Beth Haltom*
    John R. Tarpley, BRP # 09661
    Mary Beth Haltom, BPR # 024462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    Phone: (615) 259-1366
    Fax: (615) 259-1389

*Attorneys for defendants Cardinal Logistics Management Corporation and Alicia Bickham, incorrectly identified*