IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GUY M. PFLEGER and LOUANN PFLEGER, | ) ) ) |
| Plaintiffs | ) ) |
| and | ) ) |
| ALABAMA TRUCKING ASSOCIATION WORKERS' COMPENSATION SELF INSURANCE FUND, | ) ) ) ) ) |
| Intervening Plantiff, | ) ) |
| v. | ) ) |
| ALLEN BICKHAM and CARDINAL LOGISTICS MANAGEMENT CORPORATION, | ) ) ) ) |
| Defendants. | ) |

3:13-cv-1114

JUDGE SHARP

MAGISTRICT JUDGE KNOWLES

JURY DEMAND

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that plaintiffs Guy M. Pfleger and Louann Pfleger (collectively "Plaintiffs"), intervening plaintiff Alabama Trucking Association Workers' Compensation Self Insurance Fund ("Intervening Plaintiff"), and defendants Allen Bickham and Cardinal Logistics Management Corporation (collectively "Defendants") have agreed to resolve all matters in controversy in this case. It further appears to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that Defendants are intended to be discharged from any further liability to the Plaintiffs, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, disability liens, or any other lien of

any kind as well as other bills or costs, with the exception of any property damage liens asserted by Falcon Transport and/or Alabama Motor Express, or their agents, concerning any property damage to either of these tractor trailers as a result of the accident that forms the basis of this matter. It further appears to the Court, as evidenced by the signatures of the respective counsel for the parties appearing below, that Defendants are intended to be discharged from any further liability to the Intervening Plaintiff, including all liens of any kind and/or all subrogation interests, with the exception of the property damage liens specifically referenced above concerning Falcon Transport and/or Alabama Motor Express as it specifically relates to the accident at issue in this matter. It is accordingly,

**ORDERED, ADJUDGED, and DECREED** that defendants Allen Bickham and Cardinal Logistics Management Corporation be dismissed from this case filed by Plaintiffs with prejudice and from any and all other responsibilities connected with this matter, including the claims asserted against Defendants by the Intervening Plaintiff, and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to defendants Allen Bickham and Cardinal Logistics Management Corporation.

**BE IT SO ENTERED** this 35vj 'f c{ 'qh'O c{.'42360

_____
JUDGE

**APPROVED FOR ENTRY:**

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.

By: /s/Mary Beth Haltom
    John R. Tarpley, BPR #009661
    Mary Beth Haltom, BPR #024462
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366
    *Attorneys for Cardinal Logistics Management Corporation and Allen Bickham*

CALLAHAN WITHERINGTON, PLLC

By: /s/Patrick D. Witherington
    Patrick D. Witherington, BPR #22348
    209 10th Avenue South, Suite 506
    Nashville, TN 37203
    (615) 679-4256

STEINGER, ISCOE & GREENE, P.A.

By: /s/Jordan R. Wagner
    Jordan R. Wagner
    507 NW Lake Whitney Place
    Port St. Lucie, FL 34986
    (772) 621-9934
    *Attorneys for Plaintiffs*

MOORE, INTRAM, JOHNSON & STEELE, LLP

By: /s/Alex B. Morrison
    W. Troy Hart, BPR #23135
    Alex B. Morrison, BPR #28096
    Cedar Ridge Office Park
    408 N. Cedar Bluff Road, Suite 500
    Knoxville, TN 37923
    (865) 692-9039
    *Attorneys for Alabama Trucking Association Workers'*
    *Compensation Self Insurance Fund*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of May, 2014, a copy of the foregoing AGREED ORDER DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Patrick D. Witherington, Esq.
Callahan Witherington, PLLC
209 10th Avenue S., Suite 506
Nashville, TN 37203

Jordan R. Wagner, Esq.
Steinger, Iscoe & Greene, P.A.
507 NW Lake Whitney Place
Port St. Lucie, FL 34986

W. Troy Hart, Esq.
Alex B. Morrison, Esq.
Moore, Ingram, Johnson & Steele, LLP
Cedar Ridge Office Park
408 N. Cedar Bluff Road, Suite 500
Knoxville, TN 37923

                                                    /s/Mary Beth Haltom